EXHIBIT

4

Machias
Savings Bank

Experienced people. Exceptional service.

November 3, 2025

CHRISTOPHER WELLER
14 SPORTSMANS WAY
VINALHAVEN ME 04863-3145

Re: NOTICE OF DEFAULT AND DEMAND FOR PAYMENT
Note/Loan [redacted]3155
AMOUNT PAST DUE: $3,567.28

Please be advised that the loan identified above is in default and breach of the terms of the documents governing the same. Under the foregoing circumstances Machias Savings Bank is entitled to exercise its right to declare the entire unpaid balance of this obligation immediately due and payable. Please accept this letter as the advice that all past due installments according to the loan documents related to such loan, and aggregating the AMOUNT PAST DUE as of the date of this letter, must be tendered to the Bank in immediately available funds within twenty (20) calendar days of this date. If the AMOUNT PAST DUE is not tendered within that time frame the Bank will commence appropriate legal action in order to enforce its contractual rights and remedies. Those remedies may include the liquidation of any property pledged as collateral for the loan, and will likely involve litigation. You may receive no further demand from the Bank.

Acceptance by the Bank of any partial payment(s) after the date of this demand shall not constitute a waiver of this demand nor of any right or remedy to which the Bank is entitled under its loan documents.

Under the terms of the promissory note and related loan documents, you are responsible for all attorneys' fees and costs incurred by the Bank in pursuing its remedies.

Sincerely,

Michelle Wood

Michelle Wood
Commercial Loan Workout Specialist

Machias Savings Bank

November 3, 2025

Experienced people. Exceptional service.

Christopher R Weller
14 Sportsmans Way
Vinalhaven ME 04863-3145

**NOTICE OF DEFAULT AND DEMAND FOR PAYMENT OF INDEBTEDNESS UNDER FIRST PREFERRED MORTGAGE**

Vessel Name: "AMBER SKY"
First Preferred Ship Mortgage
Dated: February 16, 2024

Official Number: 1097224
Note/Loan [redacted]1315-5

**AMOUNT DUE: $3,567.28**

Dear Christopher,

Please be advised that the loan identified above is in default as a result of failure to make payments as required and/or your failure to otherwise perform your obligations under the First Preferred Ship Mortgage and other loan documents referenced above. It is the position of the Bank that you have breached the terms of the documents governing the loan it made to you. Under the foregoing circumstances, pursuant to the terms of Mortgage set out under the headings "**DEFAULT**" and "**REMEDIES UPON DEFAULT**," Machias Savings Bank is entitled to, and hereby does, exercise its right to declare the entire unpaid balance of this obligation immediately due and payable. Please accept this letter as the advice that all past due installments according to the loan documents related to such loan and aggregating the AMOUNT PAST DUE as of the date of this letter, must be tendered to the Bank in immediately available funds within **twenty (20) calendar days** of this date. If the AMOUNT PAST DUE is not tendered to the Bank within the time frame the Bank will take immediate steps to commence appropriate legal action in order to enforce its contractual rights and remedies. Those remedies may include the liquidation of any property pledged as collateral for the loan, and will likely include litigation in the form of an *in rem* action in Federal Court against the above named vessel to foreclose the mortgage and enforce the maritime lien established by it. You may receive no further demand from the Bank.

Acceptance by the Bank of any partial payment(s) after the date of this demand shall not constitute a waiver of this demand nor of any right or remedy to which the Bank is entitled under its loan documents.

Under the terms of the promissory note and related loan documents, you are responsible for all attorneys' fees and costs incurred by the Bank in pursuing its remedies. The Bank reserves the right to exercise any other and all remedies it may have with respect to this indebtedness including, but not limited to, the Bank's right of self-help repossession.

Regards,

Michelle Wood
Asset Management

4 Center Street, PO Box 318 | Machias, ME 04654-0318
(T) 800-339-3347 | (W) machiassavings.bank
Member FDIC | Equal Housing Lender

Machias Savings Bank

Experienced people. Exceptional service.

November 3, 2025

DAVID C WELLER
14 SPORTSMANS WAY
VINALHAVEN ME 04863-3145

Re: NOTICE OF DEFAULT AND DEMAND FOR PAYMENT
Note/Loan [redacted]3155
AMOUNT PAST DUE: $3,567.28

Please be advised that the loan identified above is in default and breach of the terms of the documents governing the same. Under the foregoing circumstances Machias Savings Bank is entitled to exercise its right to declare the entire unpaid balance of this obligation immediately due and payable. Please accept this letter as the advice that all past due installments according to the loan documents related to such loan, and aggregating the AMOUNT PAST DUE as of the date of this letter, must be tendered to the Bank in immediately available funds within twenty (20) calendar days of this date. If the AMOUNT PAST DUE is not tendered within that time frame the Bank will commence appropriate legal action in order to enforce its contractual rights and remedies. Those remedies may include the liquidation of any property pledged as collateral for the loan, and will likely involve litigation. You may receive no further demand from the Bank.

Acceptance by the Bank of any partial payment(s) after the date of this demand shall not constitute a waiver of this demand nor of any right or remedy to which the Bank is entitled under its loan documents.

Under the terms of the promissory note and related loan documents, you are responsible for all attorneys' fees and costs incurred by the Bank in pursuing its remedies.

Sincerely,

Michelle Wood
Commercial Loan Workout Specialist

Machias
Savings Bank

November 3, 2025

Experienced people. Exceptional service.

David C Weller
14 Sportsmans Way
Vinalhaven ME 04863-3145

**NOTICE OF DEFAULT AND DEMAND FOR PAYMENT**
**OF INDEBTEDNESS UNDER FIRST PREFERRED MORTGAGE**

Vessel Name: "AMBER SKY"
First Preferred Ship Mortgage
Dated: February 16, 2024

Official Number: 1097224
Note/Loan [redacted]1315-5

**AMOUNT DUE: $3,567.28**

Dear Christopher,

Please be advised that the loan identified above is in default as a result of failure to make payments as required and/or your failure to otherwise perform your obligations under the First Preferred Ship Mortgage and other loan documents referenced above. It is the position of the Bank that you have breached the terms of the documents governing the loan it made to you. Under the foregoing circumstances, pursuant to the terms of Mortgage set out under the headings "**DEFAULT**" and "**REMEDIES UPON DEFAULT,**" Machias Savings Bank is entitled to, and hereby does, exercise its right to declare the entire unpaid balance of this obligation immediately due and payable. Please accept this letter as the advice that all past due installments according to the loan documents related to such loan and aggregating the AMOUNT PAST DUE as of the date of this letter, must be tendered to the Bank in immediately available funds within **twenty (20) calendar days** of this date. If the AMOUNT PAST DUE is not tendered to the Bank within the time frame the Bank will take immediate steps to commence appropriate legal action in order to enforce its contractual rights and remedies. Those remedies may include the liquidation of any property pledged as collateral for the loan, and will likely include litigation in the form of an *in rem* action in Federal Court against the above named vessel to foreclose the mortgage and enforce the maritime lien established by it. You may receive no further demand from the Bank.

Acceptance by the Bank of any partial payment(s) after the date of this demand shall not constitute a waiver of this demand nor of any right or remedy to which the Bank is entitled under its loan documents.

Under the terms of the promissory note and related loan documents, you are responsible for all attorneys' fees and costs incurred by the Bank in pursuing its remedies. The Bank reserves the right to exercise any other and all remedies it may have with respect to this indebtedness including, but not limited to, the Bank's right of self-help repossession.

Regards,

Michelle Wood

Michelle Wood
Asset Management