**EXHIBIT 5**

Machias Savings Bank

January 27, 2026

CHRISTOPHER WELLER
14 SPORTSMANS WAY
VINALHAVEN ME 04863-3145

Re: Note to Machias Savings Bank
Dated 02/16/2024
Loan [redacted]3155

Dear Christopher,

On 11/03/25, Machias Savings Bank sent notification that you were in default of the above referenced loan giving you until 11/23/25 to correct your default. A copy of this notice is enclosed. Because you did not cure your default, Machias Savings Bank now requires immediate payment in full of $57,105.28 representing the full amount due under your note and mortgage as of January 27, 2026. We have referred this matter for collection to our attorneys.

Regretfully yours,

Michelle Wood

Michelle Wood
Commercial Loan Workout Specialist
Asset Management

Enclosure

Machias
Savings Bank

January 27, 2026

DAVID C WELLER
14 SPORTSMANS WAY
VINALHAVEN ME 04863-3145

Re: Note to Machias Savings Bank
Dated 02/16/2024
Loan #[redacted]3155

Dear David,

On 11/03/25, Machias Savings Bank sent notification that you were in default of the above referenced loan giving you until 11/23/25 to correct your default. A copy of this notice is enclosed. Because you did not cure your default, Machias Savings Bank now requires immediate payment in full of $57,105.28 representing the full amount due under your note and mortgage as of January 27, 2026. We have referred this matter for collection to our attorneys.

Regretfully yours,

Michelle Wood

Michelle Wood
Commercial Loan Workout Specialist
Asset Management

Enclosure

4 Center Street, PO Box 318 | Machias, ME 04654-0318
{T} 1-866-416-9302 | {F} 1-207-255-9345 | {W} www.machiassavings.bank
Member FDIC | Equal Housing Lender